# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00166-CR

**Richard Dean Kercheff, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 67894, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Following a bench trial, appellant Richard Dean Kercheff was convicted of the offense of burglary of a building and sentenced to ten years' imprisonment. This appeal followed. Appellant's appointed counsel, Mr. W.W. Torrey, has filed a motion to withdraw accompanied by a brief concluding that this appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967). However, before counsel filed his *Anders* brief, he was elected the District Attorney of Milam County, and his term commenced effective January 1, 2013. In similar cases involving Mr. Torrey, this Court has abated the appeal and remanded the cause to the trial court for consideration of whether counsel should be allowed to withdraw.[1]

---

[1] *See Parker v. State*, No. 03-12-00540-CR, 2013 Tex. App. LEXIS 1587, at *1-2 (Tex. App.—Austin Feb. 20, 2013, no pet. h.) (per curiam) (not designated for publication); *Williamson v. State*, No. 03-12-00672-CR, 2013 Tex. App. LEXIS 811, at *1-2 (Tex. App.—Austin Jan. 25, 2013, no pet. h.) (not designated for publication); *Smalls v. State*, No. 03-12-00241-CR,

We will do the same here. If the district court determines that good cause exists to relieve counsel of his duties and replace him with substitute counsel, the district court shall permit counsel to withdraw and promptly appoint substitute counsel for the appeal of this cause. A copy of the court's order appointing substitute counsel and the court's order granting counsel's withdrawal shall be forwarded to this Court no later than March 29, 2013. Within thirty days of appointment, substitute counsel shall file an amended brief, making such amendments as new counsel deems appropriate.

Before Justices Puryear, Pemberton and Rose

Abated

Filed:   March 14, 2013

Do Not Publish

---

2013 Tex. App. LEXIS 729, at *1-2 (Tex. App.—Austin Jan. 25, 2013, no pet. h.) (not designated for publication).